**FILED**

06/28/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0377

# IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0377

_____

ST. JAMES HEALTHCARE,

Petitioner,

v.

MONTANA SECOND JUDICIAL DISTRICT
COURT, BUTTE-SILVER BOW COUNTY,
HON. ROBERT J. WHELAN, Presiding

Respondent.

_____

## ORDER

_____

Plaintiff, Frank Raiser, M.D. ("Raiser") has moved the Court for an order granting leave to file the Montana Second Judicial District Court's Response to St. James Healthcare's Petition for a Writ of Supervisory Control under seal pursuant to Mont. R. App. P. 10(7)(d).

IT IS HEREBY ORDERED that motion is GRANTED. The Montana Second Judicial District Court's Response filed with this Court on June 28, 2024, shall be under seal without redaction.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 28 2024